## FIRST DISTRICT.

John F. S. Lindstrom, appellee, v. Frederick W. Soelter, appellant. Gen. No. 24,785.

Action to recover damages for false imprisonment. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 2, 1919.

Philip Sultan, for appellant. Musgrave, Oppenheim & Lee, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Anna G. Conklin, appellee, v. John M. Hoffman et al., on appeal of John M. Hoffman, appellant. Gen. No. 24,794.

Action of assumpsit to recover balance due under contract for services rendered in procuring contract for switch track. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 2, 1919.

Frank L. Tuttle, for appellant. Shaeffer & Foster, for appellee; George H. Foster, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Franklin MacVeagh & Company, appellee, v. Louis J. Gross, appellant. Gen. No. 24,802.

Action to recover for balance due on account. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 2, 1919. Rehearing denied and opinion slightly modified December 17, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Levin & Krinsky, for appellant. John C. Slade, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.